LAWRENCE G. BROWN
Acting United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07-cr-0192 AWI |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JOHN WAYNE WYATT, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Having read and considered the parties' stipulation to reset the deadline for the filing of the government's responses to defendant WYATT's pending motions,

IT IS THE ORDER of the Court that the February 17 deadline for the filing of the government's responses is hereby vacated and the deadline for the filing of the responses to defendant WYATT's pending motions and the hearing on the motions will be reset at the status conference on March 23, 2009, at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   February 10, 2009**            /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE

1