ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, ISRAEL CAVAZOS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>               )<br>     Plaintiff,         )<br>               )<br>     v.            )<br>               )<br>ISRAEL CAVAZOS,         )<br>               )<br>     Defendant.         )<br>_____) | CASE NO.  1:07-CR-00192-AWI<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference for Israel Cavazos, presently calendared for November 22, 2010, be continued to November 29, 2010 at 9:00 a.m., as defense counsel is involved in a lengthy juvenile adjudication.  Due to preparation time, defense counsel has been unable to conclude negotiations with the prosecutor.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(A).

DATED:  November 18, 2010          /s/ Kathleen Servatius  __
                       KATHLEEN SERVATIUS
                       Assistant United States Attorney
                       **This was agreed to by Ms. Servatius via email on November 17, 2010**

DATED:  November 18, 2010          /s/ Roger K. Litman  __
                       ROGER K. LITMAN
                       Attorney for Defendant
                       ISRAEL CAVAZOS

1

| | |
|---|---|
| DATED: November 18, 2010 | /s/ Salvatore Sciandra<br>SALVATORE SCIANDRA<br>Attorney for Defendant<br>JONATHAN M. CHAPMAN<br>**This was agreed to by Mr. Sciandra in person on November 18, 2010** |
| DATED: November 18, 2010 | /s/ W. Scott Quinlan<br>W. SCOTT QUINLAN<br>Attorney for Defendant<br>JOHN WAYNE WYATT<br>**This was agreed to by Mr. Quinlan via telephone on November 18, 2010** |

ORDER

IT IS SO ORDERED.

Dated:   November 18, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE

2