BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07-CR-192 AWI |
| ) | |
| Plaintiff, ) | ORDER ON STIPULATION TO CONTINUE |
| ) | SENTENCING |
| ) | |
| v. ) | DATE: February 7, 2011 |
| ) | HONORABLE Anthony W. Ishii |
| JOHN WAYNE WYATT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, and the defendant, by and through W. Scott Quinlan, his attorney, have stipulated and agreed to continue the defendant's sentencing until March 7, 2011, at 9:00 a.m. and good cause appearing;

IT IS HEREBY ORDERED THAT the defendant's sentencing hearing shall be continued until March 7, 2010 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   February 3, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

1