BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-CR-192 AWI |
| | ) | |
| Plaintiff, | ) | ORDER SEALING DECLARATION IN SUPPORT OF GOVERNMENT'S MOTION TO CONTINUE SENTENCING |
| | ) | |
| v. | ) | |
| | ) | DATE: April 4, 2011 |
| JOHN WAYNE WYATT, | ) | HONORABLE Anthony W. Ishii |
| | ) | |
| Defendants. | ) | |
| | ) | |

The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, having requested permission to file its declaration in support of its Request to Continuance Sentencing under seal until further order of the Court and good cause appearing,

IT IS ORDERED that the Declaration in Support of the Government's Request to Continue Sentencing shall be filed under seal until further order of the Court.

IT IS SO ORDERED.

Dated:   April 5, 2011   
_____
CHIEF UNITED STATES DISTRICT JUDGE

1